UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00169-WYD

UNITED STATES OF AMERICA,

　　　Plaintiff,

v.

1. FRANCISCO JAVIER VAZQUEZ-DURAN,

　　　Defendant.

---

## ORDER

---

　　　This matter is before the Court upon a review of the file.  To ensure that all

pre-trial phases of the case are complete before the commencement of the jury trial, it is

　　　ORDERED that all pretrial motions shall be filed by **Friday, May 8, 2009,** and

responses to these motions shall be filed by **Monday, May 18, 2009.**  It is

　　　FURTHER ORDERED that counsel will request a hearing on all pending motions,

if necessary, at a later date.  It is

　　　FURTHER ORDERED that a 5-day jury trial is set for **Monday, June 15, 2009,**

**at 9:00 a.m. in courtroom A-1002.**

　　　Dated:  April 9, 2009

　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　s/ Wiley Y. Daniel
　　　　　　　　　　　　　Wiley Y. Daniel
　　　　　　　　　　　　　Chief United States District Judge


-1-