UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00169-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANCISCO JAVIER VAZQUEZ-DURAN,

    Defendant.

---

**ORDER**

---

THE COURT, having considered the motion of the United States, hereby orders that the Discovery Memorandum in this case, and the government's Motion to Seal Discovery Memorandum, shall be sealed until further Order of the Court.

Dated: April 10, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge