## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00169-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  FRANCISCO JAVIER VAZQUEZ-DURAN,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the government's Motion to Disclose Grand Jury Material to Defendant, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i)&(F).

HAVING REVIEWED the motion, the Court finds that good and sufficient cause supports the same, it is hereby

ORDERED that the Government's Motion to Disclose Grand Jury Material to Defendant [doc. #28], filed April 24, 2009, is **GRANTED** and certain grand jury testimony and grand jury documents may be disclosed to defendant and his attorney in the course of discovery in this case.  It is further

ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to defendant and his attorney; that the defense attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same without further order of this Court.

-2-

Dated:  April 24, 2009

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge